| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **No. 3:14-CR-00168** |
| | ) | **JUDGE TRAUGER** |
| **CHRIS SUHAIL FOLAD,** | ) | |
| **KHALED NABIL ABDEL FATTAH.** | ) | |

Motion GRANTED conditioned upon the timely filing of a waiver of speedy trial by co-defendant.

**MOTION TO CONTINUE TRIAL AND PRETRIAL MOTION DEADLINES**

Chris Suhail Folad, by and through undersigned counsel, hereby moves this Honorable Court to continue the trial, which is currently set for December 23, 2014 at 9:00 a.m. In support of this motion, undersigned counsel would show the Court the following:

1. The trial is set for December 23, 2014 at 9:00 a.m. in Courtroom 873.

2. Mr. Folad is represented by Cynthia A. Sherwood.

3. Additional time is needed for undersigned counsel to receive and review discovery and otherwise familiarize herself with the case and properly advise her client.

4. Mr. Folad's Speedy Trial Waiver will be filed forthwith.

5. Undersigned counsel has spoken to potential counsel for Co-Defendant Khaled Nabil Abdel Fattah, who states that Mr. Fattah has no objection to a continuance.

6. Undersigned counsel has spoken to Assistant United States Attorney Hilliard Hester, who states that the government has no objection to a continuance.

WHEREFORE, PREMISES CONSIDERED, In order to give the defense adequate time to defend this case. Mr. Folad moves the Court for an Order continuing the